# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**LIBERTY MUTUAL INSURANCE CO.,**
        Plaintiff,

      v.                        Case No. 15CV11145

**KOHLER CO.,**

        **Defendants.**

---

## SETTLEMENT CONFERENCE MINUTES
## HONORABLE AARON E. GOODSTEIN, PRESIDING

DATE: Wednesday, December 9, 2015

TIME COMMENCED: 9:30 AM    TIME CONCLUDED: 1:00 PM

APPEARANCES:

<u>Plaintiff:</u> Attorney Jason Engkjer and Carrie Ayer for Liberty.

<u>Defendant:</u> Attorney Jeffrey Davis and Brian Christensen for Kohler.

COMMENTS: The parties have settled this case. An agreement containing the terms of the settlement will be prepared and executed by the parties. A stipulation and order for dismissal of this case with prejudice will be filed with the court no later than January 8, 2016.