# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LIBERTY MUTUAL INSURANCE CO.,

      Plaintiff,

v.                                                        Case No. 15-cv-01145-JPS

KOHLER CO.,

      Defendant.

## JOINT STIPULATION FOR DISMISSAL

The Parties to this action, Liberty Mutual Insurance Co. and Kohler Co., by their respective counsel, have agreed and stipulated that this matter may be dismissed with prejudice and without costs.

Dated: January 8, 2016.

                                                s/Jeffrey O. Davis
                                                Jeffrey O. Davis (WI#1011425)
                                                **QUARLES & BRADY LLP**
                                                411 East Wisconsin Avenue, Suite 2350
                                                Milwaukee, Wisconsin 53202
                                                414-277-5000
                                                jeffrey.davis@quarles.com

                                                *Attorneys for Defendant Kohler Co.*

Dated: January 8, 2016.

s/ Jason E. Engkjer
James R. Crassweller (MN#19690)
crassweller@kwgc-law.com
Jason E. Engkjer (MN#318814)
engkjer@kwgc-law.com
**KALINA, WILLS, GISVOLD & CLARK, P.L.L.P.**
6160 Summit Drive, #560
Minneapolis, MN 55430
Phone: 612-789-9000
Fax: 763-503-7070

Catherine M. Rottier (WI#1016342)
crottier@boardmanclark.com
Evan B. Tenebruso (WI#1085063)
etenebruso@boardmanclark.com
**BOARDMAN & CLARK, LLP**
1 South Pinckney Street, Fourth Floor
P.O. Box 927
Madison, WI 53701-0927
608-257-9521

*Attorneys for Plaintiff Liberty Mutual Insurance Co.*